# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Garry L. Meredith<br>   Rita M. Meredith<br>                Debtors | BK NO. 12-02569 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Bank of America as Servicer for The Bank of New York Mellon Trust Company,N.A. FKA The Bank of New York TrustCompany,N.A.as successor to JPMorgan Chase Bank, N.A.,as Trustee for ResidentialAsset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2005-SP2, and index same on the master mailing list.

                                            Respectfully submitted,


                                            **/s/James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322 FAX (215) 627-7734
                                            Attorney for Movant/Applicant