# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania
## Harrisburg Division

| | |
|---|---|
| In re | Case No. 12-02569-RNO |
| Garry L Meredith | Chapter 13 |
| Rita M Meredith | |
| Debtor(s). | **NOTICE OF SATISFACTION OF PROOF OF CLAIM #1-1** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that BENEFICIAL CONSUMER DISCOUNT COMPANY is charging off the debt related to Proof of Claim number 1-1 filed on 06/29/2012 and considers the Proof of Claim satisfied as of the date of this notice. BENEFICIAL CONSUMER DISCOUNT COMPANY will be releasing the lien on the mortgage loan and canceling the mortgage balance. All future disbursements should cease at this time and any funds received after the date of this notice will be returned to the sender.

Dated:  April 27, 2017

Respectfully submitted,
Buckley Madole, P.C.

/s/ Paul W. Cervenka
Paul W. Cervenka
14841 Dallas Parkway, Suite 300
Dallas, TX  752540
(972) 643-6600
Email: POCInquiries@BuckleyMadole.com
Authorized agent for BENEFICIAL CONSUMER
DISCOUNT COMPANY

RESTRICTED

- 1 -

### CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before April 28, 2017 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
**Garry L Meredith**
**Rita M Meredith**
1107 Fishing Creek Valley Rd
Harrisburg, PA 17112
DAUPHIN-PA


**Debtors' Attorney**
**James H Turner**
Turner and O'Connell
4701 North Front Street
Harrisburg, PA 17110
717 232-4551
Fax : 717 232-2115
Email: pat@turnerandoconnell.com


**Chapter 13 Trustee**
**Charles J. DeHart, III (Trustee)**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
717 566-6097


**US Trustee**
*Asst. U.S. Trustee*
**United States Trustee**
228 Walnut Street, Suite 1190
Harrisburg, PA 17108
717 221-4515

/s/ Paul W. Cervenka
Paul W. Cervenka

RESTRICTED