United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Garry L Meredith  
Rita M Meredith  
    Debtors

Case No. 12-02569-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: karendavi    Page 1 of 1    Date Rcvd: Oct 17, 2017  
                   Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.  
db/jdb        +Garry L Meredith,    Rita M Meredith,    1107 Fishing Creek Valley Rd,    Harrisburg, PA 17112-9234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:  
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com  
         James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company,N.A. FKA The Bank of New York TrustCompany,N.A.as successor to JPMorgan Chase Bank, N.A.,as Trustee for ResidentialAsset Mortgage Products, Inc., Mortgage Ass bkgroup@kmllawgroup.com  
         James H Turner    on behalf of Debtor 2 Rita M Meredith pat@turnerandoconnell.com  
         James H Turner    on behalf of Debtor 1 Garry L Meredith pat@turnerandoconnell.com  
         Jerome B Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pamb@fedphe.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                  TOTAL: 6

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Garry L Meredith<br>1107 Fishing Creek Valley Rd<br>Harrisburg, PA 17112 | Chapter 13<br>Case No. 1:12−bk−02569−RNO |
| Rita M Meredith<br>1107 Fishing Creek Valley Rd<br>Harrisburg, PA 17112 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−9781
xxx−xx−8447

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 17, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: karendavis, Deputy Clerk